Opinion filed July 1, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00017-CV

                                                    __________

 

                      RAWHIDE
MESA-PARTNERS, LTD, Appellant

 

                                                             V.

 

BROWN McCARROLL, L.L.P.;
KELL MERCER; AND LYNN BUTLER, Appellees



 

                                   On
Appeal from the 419th District Court

 

                                                            Travis
County, Texas

 

                                           Trial Court
Cause No. D-1-GN-08-001712

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Rawhide
Mesa-Partners, Ltd has filed in this court a motion to dismiss its appeal as to
Kell Mercer.  The motion is granted, and the appeal is dismissed as to only
Kell Mercer.

            Rawhide’s appeal as to
Brown McCarroll, L.L.P. and Lynn Butler remains active.

 

July 1, 2010                                                                             PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.